# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE MOISE, <br><br>　　　　Plaintiff <br><br>　　v. <br><br>NELNET ACADEMIC SERVICES, LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive, <br><br>　　　　Defendant | Case No. 2:19-cv-02001-R-AS <br><br>**ORDER** |

　　IT IS HEREBY ORDERED that pursuant to the stipulation of the parties to dismiss Defendant EXPERIAN INFORMATION SOLUTIONS, INC. with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party shall bear their own costs and attorneys' fees.

　Dated: October 18, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE